NUMBER 13-04-00491-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________
 
IN RE ALLIED CHEMICAL CORPORATION, ET AL. 
__________________________________________________________________

On Petition for Writ of Mandamus
___________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Wittig


 
Per Curiam Memorandum Opinion




         Relators, Allied Chemical Corporation, et al., filed a petition for writ of
mandamus in the above cause on September 22, 2004. The Court, having examined
and fully considered the petition for writ of mandamus, the response filed by real
parties in interest on October 25, 2004, and the reply filed by relators on November
2, 2004, is of the opinion that relators have not shown themselves entitled to the
relief sought. Accordingly, the petition for writ of mandamus is DENIED. See Tex. R.
App. P. 52.8(a). 
                                                                                 PER CURIAM

Memorandum Opinion delivered and filed
this 4th day of November, 2004.